

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00756-CV

**IN THE INTEREST OF J.M.A.-H., ET AL,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00165
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED. The appellant's brief is due on February 5, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court